# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEVI B. SEARS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DARIN BALAAM, et al.,<br><br>　　　　　　　　Defendants. | 3:21-cv-00373-MMD-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

　　　　The court has received information via an undeliverable notice (ECF No. 29) that Plaintiff has been paroled. Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1.

　　　　**IT IS HEREBY ORDERED** that Plaintiff shall file his updated address with the court within **thirty (30) days** from the date of this order.

　　　　DATED: July 11, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1