# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEVI B. SEARS,<br><br>                    Plaintiff,<br><br>v.<br><br>DARIN BALAAM, *et al.*,<br><br>                    Defendants. | 3:21-cv-00373-MMD-CSD<br><br>**ORDER TO FILE OPPOSITION TO MOTION TO DISMISS** |

On August 11, 2022, Defendants filed their Motion to Dismiss (ECF No. 31) in this action. To date, Plaintiff has failed to oppose the motion.

Plaintiff shall be given an additional **thirty (30) days** from the date of this order within which to file a response to Defendants' Motion to Dismiss (ECF No. 31).

**IT IS SO ORDERED.**

DATED: September 7, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1